CIVILLE & TANG, PLLC
SUITE 200, 330 HERNAN CORTEZ AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671)472-8868
FACSIMILE: (671) 477-2511

*Attorneys for Ichie Shepard and Mie Rabago*
*in their capacities as the co-guardians of the*
*Estate of Mamoru Endo*

## IN THE UNITED STATES DISTRICT COURT OF GUAM

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| K.D.I. GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ICHIE SHEPARD and MEI RABAGO *in Their capacity as the co-guardians of* MAMORU ENDO, KAZUNARI ENDO, TERUKO ENDO and THE UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CASE NO. 12-00013 <br><br><br> ANSWER TO AMENDED COMPLAINT TO SET ASIDE FRAUDULENT CONVEYANCE |

COMES NOW, Ichie Shepard and Mie Rabago in their capacities as the co-guardians of the Estate of Mamoru Endo ("Endo") by and through their attorneys of record, the Law Offices of Civille & Tang, PLLC, and hereby Answers the Plaintiff's Amended Complaint to Set Aside Fraudulent Conveyance filed on July 25, 2012.

### ANSWER

1. Endo DENIES paragraphs 4, 6, 8, 11, 14, and 15.

2. Endo ADMITS paragraphs 1, 2, 3[1], 9, 12, and 13.

---

[1] Endo acknowledges the United States removal jurisdiction as plead in its Notice of Removal of Civil Action filed on August 22, 2012 in the above captioned and titled cause. Endo does not dispute the District Court's jurisdiction.

1

3. Endo does not have sufficient information to respond to paragraphs 5, 7, 10, 16, 17 and 18 and therefore must DENY same.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff fails to state a claim for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has been paid.

## THIRD AFFIRMATIVE DEFENSE

Defendant Endo was the agent of KDI and had the authority and a license to sell the property in question.

## FOURTH AFFIRMATIVE DEFENSE

Defendant Endo lacked the requisite capacity to understand the proceedings and procedures alleged in Plaintiff's Complaint at paragraphs 8, 9 and 10.

WHEREFORE, the Defendant Mamoru Endo prays that this Court:

1. Dismiss the action with prejudice;

2. Order the Plaintiff to pay Mr. Endo's reasonable attorney's fees and costs; and

3. Provide such other relief as this Court deems just, equitable and proper.

*Respectfully submitted* this 4th day of September, 2012.

CIVILLE & TANG, PLLC

By: /s/ JOSEPH C. RAZZANO, ESQ.
*Attorneys for Ichie Shepard and Mie Rabago in their capacities as the co-guardians of the Estate of Mamoru Endo*